PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

08 CRIM 017

DOCKET NUMBER (*Tran. Court*)
1:02-CR-10-03

DOCKET NUMBER (*Rec. Court*)

U.S. DISTRICT COURT FILED JAN 03 2008 S.D. OF N.Y.

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION | |
|---|---|---|---|
| Carlos Gonzalez-Aponte<br>2369 1st Avenue<br>Apt. #3H<br>New York, NY 10035 | DISTRICT OF VERMONT | Criminal | |
| | NAME OF SENTENCING JUDGE<br>The Hon. J. Garvan Murtha | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>09/01/07 | TO<br>08/31/10 |

OFFENSE

Distribution of Cocaine, 21 U.S.C. 841(a)(1)(b)(1)(C).

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF VERMONT"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10/2/07
*Date*

J. Garvan Murtha
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Southern Distict of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 03 2008
*Effective Date*

Henry Pitman
*United States ~~District Judge~~* Chief Magistrate

MICROFILMED JAN - 8 2008 - 9 AM



P35982/M.Bravo

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

**MEMORANDUM**

**08 CRIM 017**

**TO:** Jim Molinelli, Miscellaneous Clerk

**FROM:** Marcela Bravo, United States Probation Officer

**RE:** Gonzalez-Aponte, Carlos

**DATE:** December 26 , 2007

**ASSIGNMENT OF TRANSFER OF JURISDICTION**

On March 14, 2003, the above-named individual was sentenced in the District of Vermont outlined in the attached J & C.

In October 2007, we received the Prob. 22's endorsed by the Honorable J. Garvan Murtha, U.S. District Court Judge, ordering Mr. Gonzalez-Aponte's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: [signature]
Marcela Bravo
U.S. Probation Officer

