

P35982/M.Bravo

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**PROBATION OFFICE**

MEMORANDUM

**08 CRIM 017**

TO: Jim Molinelli, Miscellaneous Clerk

FROM: Marcela Bravo, United States Probation Officer

RE: Gonzalez-Aponte, Carlos

DATE: December 26, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 14, 2003, the above-named individual was sentenced in the District of Vermont outlined in the attached J & C.

In October 2007, we received the Prob. 22's endorsed by the Honorable J. Garvan Murtha, U.S. District Court Judge, ordering Mr. Gonzalez-Aponte's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5137.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Marcela Bravo
U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 0 7 2008